UNITED STATES DISTRICT COURT MIDDLE DISTRICT
OF FLORIDA TAMPA DIVISION

ERIC BEEDERS,

    Plaintiff,

v.                                    Case No.: 8:09-cv-00458-EAK-EAJ

GULF COAST COLLECTION BUREAU,
INC. and ROY DILLIARD,

    Defendants.

_____/

## REPLY TO AFFIRMATIVE DEFENSE

Plaintiff Eric Beeders ("Beeders") hereby files this reply to the affirmative defense indicated below as pled by defendant Gulf Coast Collection Bureau, Inc. ("Gulf Coast"), and by way of avoidance states as follows:

## REPLY TO FIRST AFFIRMATIVE DEFENSE

As to the First Affirmative Defense, Beeders would state that over the period from January 31, 2008 and April 16, 2008, inclusive (76 days), he was caused to suffer a sequence of no fewer than 10 consecutive, temporally displaced violations of both the federal Fair Debt Collection Practices Act ("FDCPA") and the Florida Consumer Collection Practices Act ("FCCPA"). The repeated successive nature of the violations of the FDCPA and FCCPA over the above time-period show that the violations committed by Gulf Coast were not only intentional, but could not possibly have "resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error." 15 U.S.C. § 1692k(c). In fact, both the blatancy and frequency of the violations show that the debt collection process

1

engaged in by Gulf Coast was undisturbed by the existence of any procedures whatsoever relating to the avoidance of such errors.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 24, 2009 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

<u>s/ Timothy Condon</u>
TIMOTHY CONDON, ESQ. FBN 217921
307 South Fielding Avenue, #2
Tampa, Florida 33606-4126
813-251-2626   Fax 813-251-2009
Email: tim@timcondon.net
COUNSEL FOR PLAINTIFF