IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. : 8:09-cv-00458-EAK-EAJ

ERIC BEEDERS,

        Plaintiff,

v.

GULF COAST COLLECTION BUREAU, INC. and
ROY DILLARD

        Defendants.
_____/

## DEFENDANT, GULF COAST COLLECTION BUREAU, INC.'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

__X__ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    Beeders v. Gulf Coast Collection Bureau, Inc. et al, Case No. 8:09-cv-00461-VMC-TGW

    Beeders v. Gulf Coast Collection Bureau, Inc. et al, Case No. 8:09-cv-00486-EAK-TGW

    Beeders v. Gulf Coast Collection Bureau, Inc. et al, Case No. 8:09-cv-00487-SCB-MAP

    Beeders v. Gulf Coast Collection Bureau, Inc. et al, Case No. 8:09-cv-00488-VMC-EAJ

    Beeders v. Gulf Coast Collection Bureau, Inc. et al, Hillsborough County Small Claims Court, Case No. 09-00934

    Beeders v. Gulf Coast Collection Bureau, Inc. et al, Hillsborough Small Claims, Case No. 09-08035 (currently being prepared for removal to the United States District Court, Middle District of

Florida, Tampa, Division)

<u>Beeders v. Gulf Coast Collection Bureau, Inc. et al</u>, Hillsborough Small Claims, Case No. 09-0383 (currently being prepared for removal to the United States District Court, Middle District of Florida, Tampa, Division)

\_\_\_\_   IS NOT   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

## **CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a copy of the foregoing has been electronically filed on March 30, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which Notice will be electronically mailed to **Timothy Condon, Esquire,** Vollrath-Condon, P.A., Post Office Box 1007, Tampa, FL 33601.

/s/ Ernest H. Kohlmyer
Ernest H. Kohlmyer, III, Esquire
Florida Bar No. 0110108
BELL, ROPER & KOHLMYER, P.A.
2707 East Jefferson Street
Orlando, Florida   32803
(407) 897-5150
(407) 897-3332 (fax)
SKohlmyer@bellroperlaw.com
Attorneys for Defendant, GULF COAST COLLECTION BUREAU, INC.