**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ERIC BEEDERS,
    Plaintiff,

vs.                                      CASE NOS. 8:09-CIV-458-T-17-EAJ
                                                                 8:09-CIV-461-T-17-TGW
                                                                 8:09-CIV-486-T-17-TGW
                                                                  8:09-CIV-487-T-17-MAP
                                                                 8:09-CIV-488-T-17-EAJ
                                                                 8:09-CIV-599-T-17-TBM
                                                                8:09-CIV-601-T-17-EAJ

GULF COAST COLLECTION BUREAU, INC.,
et al.,
    Defendants.
_____/

**ORDER STAYING CASES**

      This cause is before the Court *sua sponte*. The plaintiff filed all the referenced cases pursuant to the Fair Debt Collections Act and notified the Court that all the cases were related. Therefore, this Court took transfer of all the cases not initially assigned to it, pursuant to Local Rule 1.04(b).

      The plaintiff has also notified the Court that there are two additional cases which they expect to be removed from state court. The first has state court number 09-SC-934-K and was filed in state court on January 12, 2009, relating to a violation on January 31, 2009. The second referenced case had not been filed at the time of the motion to consolidate (Docket No. 6 in Case No. 8:09-CIV-458-T-17-EAJ), relating to a violation of March 31, 2008. It is the Court's intent to have both cases transferred to it, if they are not assigned to the undersigned initially. The Court also intends to take action on all the cases simultaneously. Accordingly, it is

**ORDERED** that the all the referenced cases are **STAYED** pending the removal to this court of the remaining two state court cases, and assignment to the undersigned, or until the parties jointly certify that all related cases have been removed and no further cases will be joining the above referenced cases.  If this process takes longer than thirty (30) days, the plaintiff shall file a status report on the cases which are still to be filed in this court.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 7th day of April, 2009.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record