UNITED STATES DISTRICT COURT MIDDLE DISTRICT
OF FLORIDA TAMPA DIVISION

ERIC BEEDERS,

    Plaintiff,

v.                                            Case No.: 8:09-458-T-17-EAJ

GULF COAST COLLECTION BUREAU,
INC.,

    Defendant.
_____/

## SUPPLEMENT TO MOTION TO LIFT STAY BY PLAINTIFF

    Plaintiff Eric Beeders hereby files this supplement to the Motion to Lift Stay by Plaintiff in Order to File Motion for Partial Summary Judgment pursuant to the requirements of Local Rule 3.01(g), and states as follows:

    1. The above-said motion was filed with the Court on May 7, 2009. At the time of filing, counsel for the plaintiff had been unable to contact and obtain a response with respect to conferring with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion.

    2. Counsel for the plaintiff has continued to attempt to contact and confer with opposing counsel, and can now certify pursuant to Local Rule 3.01(g) that he has contacted and conferred with opposing counsel as of May 8, 2009, and the parties have not agreed on the resolution of the issues presented in the above-said motion in whole or in part.

    3. Accordingly, counsel for the plaintiff hereby certifies pursuant to Local Rule 3.01(g) that there is OPPOSITION to the

Motion to Lift Stay by Plaintiff filed herein by the plaintiff over certificate of service dated May 7, 2009.

s/ Timothy Condon
TIMOTHY CONDON, ESQ. - 217921
307 S. Fielding Ave., #2
Tampa, Florida 33606
813-251-2626 Fax 813-251-2009
Email: tim@timcondon.net
ATTORNEY FOR PLAINTIFF
