UNITED STATES DISTRICT COURT MIDDLE DISTRICT
OF FLORIDA TAMPA DIVISION

ERIC BEEDERS,

    Plaintiff,

v.                                Case No.: 8:09-458-T-17-EAJ

GULF COAST COLLECTION BUREAU,
INC.,

    Defendant.
_____/

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01g BY PLAINTIFF

    Plaintiff Eric Beeders hereby files this Certificate of Compliance with Local Rule 3.01g with respect to the Motion to Lift Stay by Plaintiff in Order to File Motion for Partial Summary Judgment, and states as follows:

    1. The above-said motion was filed with the Court on May 7, 2009. At the time of filing, counsel for the plaintiff had been unable to contact and obtain a response with respect to conferring with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion.

    2. Counsel for the plaintiff has continued to attempt to contact and confer with opposing counsel, and can now certify pursuant to Local Rule 3.01(g) that he has contacted and conferred with opposing counsel as of May 8, 2009, and the parties have not agreed on the resolution of the issues presented in the above-said motion in whole or in part.

    3. Accordingly, counsel for the plaintiff hereby certifies pursuant to Local Rule 3.01(g) that there is OPPOSITION to the

Motion to Lift Stay by Plaintiff filed herein by the plaintiff over certificate of service dated May 11, 2009.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 11, 2009 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

> s/ Timothy Condon
> TIMOTHY CONDON, ESQ. FBN 217921
> 307 South Fielding Avenue, #2
> Tampa, Florida 33606-4126
> 813-251-2626   Fax 813-251-2009
> Email: tim@timcondon.net
> COUNSEL FOR PLAINTIFF