UNITED STATES DISTRICT COURT MIDDLE DISTRICT
OF FLORIDA TAMPA DIVISION

ERIC BEEDERS,

    Plaintiff,

v.                                             Case No.: 8:09-cv-00458

GULF COAST COLLECTION BUREAU,
INC.,

    Defendant.
_____/

UNOPPOSED MOTION PURSUANT TO LOCAL RULE 3.01(d)
REQUESTING LEAVE TO FILE MOTION IN EXCESS OF 25 PAGES

    Plaintiff Eric Beeders ("Beeders"), by the undersigned attorney, hereby requests leave to file a Motion for Partial Summary Judgment as to Single Issue of Bringing Separate Actions for Violations of the FDCPA Separate in Time, pursuant to Local Rule 3.01(d), and in support thereof states as follows:

    1. The Court in the above-captioned action entered an Order Staying Cases relating to the above action and eight other related actions on April 7, 2009.

    2. On May 7, 2009 Beeders filed a motion to lift stay for the purpose of filing a motion for partial summary judgment on the single issue of the right to file multiple lawsuits pursuant to multiple violations of the FDCPA that are temporally displaced.

    3. On May 8, 2009 the Court granted the above-said motion by Beeders, directing him to file the contemplated motion for

partial summary judgment within 20 days from the date thereof.

4. Beeders has prepared a motion and memorandum in support thereof pursuant to the Court's Order, the rough draft of which is longer than the 25 pages normally allowed pursuant to Local Rule 3.01. It is anticipated that the motion and memorandum requested to be filed will be approximately 39 pages long, together with a single exhibit of two pages.

5. It is necessary to file a longer motion and memorandum in order to cover all facets of the issue presented to the Court.

### MEMORANDUM OF LAW IN SUPPORT

Local Rules 3.01(a) and (b) mandate respectively that motions shall not exceed 25 pages, and memorandums in opposition thereto may not exceed 20 pages. Further, responses, replies or other papers may not be filed in the absence of permission from the Court given pursuant to Local Rule 3.01(d), which states as follows:

> **A motion requesting leave to file either a motion in excess of twenty-five (25) pages, a response in excess of twenty (20) pages, or a reply or further memorandum shall not exceed three (3) pages, shall specify the length of the proposed filing, and shall not include, as an attachment or otherwise, the proposed motion, response, reply, or other paper.**

WHEREFORE, the plaintiff leave to file his Motion for Summary Judgment as to Single Issue of Bringing Separate

Actions for Violations of the FDCPA Separate in Time, which is anticipated to be approximately 39 pages long.

CERTIFICATION PURSUANT TO LOCAL RULE 3.01(g)

Movant counsel hereby certifies that he has made a bona fide effort to confer with counsel for the opposing parties in a good faith effort to resolve the issues raised by the above motion, and that opposing counsel have indicated that there is NO OPPOSITION to the motion.

Respectfully submitted,

s/ Timothy Condon

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2009 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

s/ Timothy Condon
TIMOTHY CONDON, ESQ. FBN 217921
307 South Fielding Avenue, #2
Tampa, Florida 33606-4126
813-251-2626   Fax 813-251-2009
Email: tim@timcondon.net
COUNSEL FOR PLAINTIFF