UNITED STATES DISTRICT COURT MIDDLE DISTRICT
OF FLORIDA TAMPA DIVISION

ERIC BEEDERS,

    Plaintiff,

v.                             Case No.: 8:09-458-T-17-EAJ

GULF COAST COLLECTION BUREAU,
INC.,

    Defendant.
_____/

MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT'S "RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT"

    Plaintiff Eric Beeders hereby moves the Court pursuant to Local Rule 3.01(c) Federal Rule of Civil Procedure 56(a) and (c) for leave to file reply to the Defendant's Response in Opposition to Plaintiff's Motion for Partial Summary Judgment as to Issue of Bringing Separate Actions for Violations of FDCPA Separated in Time" (Dkt. #19) filed herein on June 9, 2009, and in support thereof would state that a reply is necessary because the argument of the defendant therein can be shown to be both legally and logically inconsistent, particularly with regard to its reliance upon the case authority of <u>Harper v. Better Business Servs., Inc.</u>, 961 F.2d 1561 (11th Cir. 1992); <u>Goins v. JBC & Assoc., P.C.</u>, 352 F.Supp.2d 262 (D. Conn., 2005); and <u>Curtis v. Citibank, N.A.</u>, 226 F.3d 133 (2d Cir., 2000).

                                    Respectfully submitted,

                                    <u>s/ Timothy Condon</u>

CERTIFICATION PURSUANT TO LOCAL RULE 3.01(g)

Movant counsel hereby certifies that he has made a bona fide effort to confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the above motion, and that opposing counsel has indicated that there is OPPOSITION to the motion.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2009 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

s/ Timothy Condon
TIMOTHY CONDON, ESQ. FBN 217921
307 South Fielding Avenue, #2
Tampa, Florida 33606-4126
813-251-2626   Fax 813-251-2009
Email: tim@timcondon.net
COUNSEL FOR PLAINTIFF