**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ERIC BEEDERS,
    Plaintiff,

vs.                                      CASE NO. 8:09-CIV-458-T-17-EAJ
                                                      8:09-CIV-461-T-17-TGW
                                                      8:09-CIV-486-T-17-TGW
                                                      8:09-CIV-487-T-17-MAP
                                                      8:09-CIV-488-T-17-EAJ
                                                      8:09-CIV-599-T-17-TBM
                                                      8:09-CIV-601-T-17-EAJ
                                                      8:09-CIV-631-T-17-MAP
                                                      8:09-CIV-668-T-17-EAJ

GULF COAST COLLECTION BUREAU,
INC.,
    Defendant.
_____/

**ORDER**

        This cause is before the Court on various motions to consolidate and the Court's determination that the stay should be lifted in this case following the denial of the plaintiff's motion for partial summary judgment. The Court is going to consolidate all the above referenced cases into the lowest case number, 8:08-CIV-458-T-17-EAJ, and will close all the other cases. Accordingly, it is

        **ORDERED** that the stay is lifted in all cases; the motions to consolidate (Docket No. 4) are **granted**; all cases are subsumed into 8:08-CIV-458-T-17-EAJ and all other cases **shall** be closed by the Clerk of Court and any pending motions **shall** be terminated in those closed cases; and the plaintiff shall have ten days from this date to file an amended complaint in

8:08-CIV-458-T-17-EAJ encompassing all claims the plaintiff wishes to bring before this Court in regard to all the cases filed.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 1st day of July, 2009.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record