**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ERIC BEEDERS,**

    **Plaintiff(s),**

**vs.**　　　　　　　　　　　　　　　　　　　　　**Case No.   8:09-CV-458-T-17EAJ**

**GULF COAST COLLECTION**
**BUREAU, INC.,**

    **Defendant(s).**
_____/

## ORDER TO SHOW CAUSE

    The Plaintiff is directed to show cause by a written response filed within eleven (11) days why this case should not be dismissed pursuant to Local Rule 3.10 for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.05.  **FAILURE TO TIMELY RESPOND TO THIS ORDER WILL RESULT IN DISMISSAL WITHOUT FURTHER NOTICE.**

    **DONE AND ORDERED** in Chambers in Tampa, Florida on this 9th day of July, 2009.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record