UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC BEEDERS

    Plaintiff,

v.                                              CASE NO.: 09-CV-0458-T-17-EAJ

GULF COAST COLLECTION
BUREAU, INC.

    Defendant.
_____/

## UNOPPOSED MOTION AND STIPULATION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT

1. As of January 25, 2010, the undersigned counsel left the employment of Bell, Roper & Kohlmyer, P.A. and accepted employment with South Milhausen, P.A. on that date.

2. Ernest H. Kohlmyer, III, as counsel for the Defendant, has obtained written authorization from Defendant's representative to remain as its counsel of record and the respective firms have agreed to transfer all file material so that the undersigned can continue the representation of the Defendant at South Milhausen, P.A.

3. The law firms of Bell & Roper, P.A. (formerly known as Bell, Roper & Kohlmyer, P.A.) located at 2707 East Jefferson Street, Orlando, Florida 32803 and South Milhausen, P.A., Gateway Center, 1000 Legion Place, Suite 1200, Orlando, Florida 32801, hereby stipulate that the former firm shall be relieved of all further responsibility as counsel of record for the Defendant herein, and that the latter firm, by and through, Ernest H. Kohlmyer, III, Esquire shall remain as counsel of record for Defendant hence forward upon approval of the Court of this Stipulation.

4. The undersigned counsel has attached the consent and authorization of the client as hereto as **Exhibit "A"**.

5. The respective parties respectfully request that the court enter an endorsed order granting the substitution of counsel relieving Bell & Roper, P.A. (formerly Bell, Roper & Kohlmyer, P.A.,) of any further responsibility on the file after the date of the order and that all future correspondence and case related material be directed to the following address:

> **Ernest H. (Skip) Kohlmyer, III, Esquire**
> **Gateway Center**
> **1000 Legion Place, Suite 1200**
> **Orlando, Florida 32801**
> 407-539-1638 (office)
> 407-539-2679 (fax)
> skohlmyer@southmilhausen.com

### Compliance with Local Rule 3.01(g)

The undersigned counsel, Ernest H. Kohlmyer, III, has contacted opposing counsel pursuant to Local Rule 3.01(g) and said counsel **does not oppose** said motion and stipulation.

| | |
|---|---|
| /s/ Michael J. Roper, Esquire | /s/ Ernest H. Kohlmyer, III, Esquire |
| MICHAEL J. ROPER, ESQ. | ERNEST H. KOHLMYER, III, ESQ. |
| Florida Bar No. 473227 | Florida Bar No. 0110108 |
| Bell & Roper, P.A. | South Milhausen, P.A. |
| 2707 East Jefferson Street | Gateway Center; Suite 1200 |
| Orlando, Florida 32803 | Orlando, Florida 32801 |
| (407) 897-5150 – Telephone | (407) 539-1638 – Telephone |
| (407) 897-3332 – Facsimile | (407) 539-2679 – Facsimile |

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a copy of the foregoing has been electronically filed on February 2, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which Notice will be electronically mailed the above-mentioned counsel and opposing counsel:

    Tim Condon, Esquire
    307 South Fielding Avenue, Suite 2
    Tampa, Florida 33606
    tim@timcondon.net

    /s/ Ernest H. Kohlmyer, III, Esquire
    ERNEST H. KOHLMYER, III, ESQ.
    Florida Bar No. 0110108
    South Milhausen, P.A.
    Gateway Center
    1000 Legion Place, Suite 1200
    Orlando, Florida 32801
    (407) 539-1638 – Telephone
    (407) 539-2679 – Facsimile
    Skohlmyer@SouthMilhausen.com
    Attorney for Defendant

# BELL, ROPER & KOHLMYER P.A.
## ATTORNEYS AT LAW

MICHAEL M. BELL
MICHAEL H. BOWLING
ERNEST H. KOHLMYER, III*
MICHAEL J. ROPER
JOSEPH D. TESSITORE
*ALSO ADMITTED IN GEORGIA

2707 EAST JEFFERSON STREET
ORLANDO, FLORIDA 32803-5834
TELEPHONE (407) 897-5150
FACSIMILE (407) 897-3332
e-mail: office@bellroperlaw.com
www.bellroperlaw.com

MARY GRACE DYLESKI
ANNA E. ENGELMAN
CHRISTOPER R. FAY
HAE J. KIM
ESTEBAN SCORNIK
DALE A. SCOTT
CINDY E. TOWNSEND
MOLLY E. YOUNG
MARY J. WALTER

January 27, 2010

**Via Email Only**
Mr. Jack Brown
Gulf Coast Collection Bureau
5630 Marquesas Circle
Sarasota, FL

Re:    Eric Beeders v. Gulf Coast
       Our File No.: 050-026

Dear Mr. Brown:

The purpose of this letter is to inform you that, Ernest "Skip" H. Kohlmyer, III, has left the firm of Bell, Roper & Kohlmyer, P.A. effective January 25, 2010 and has accepted a position as partner with South Milhausen, P.A., located at Gateway Center, 1000 Legion Place, Suite 1200, Orlando, FL 32801.

You have the right to select the attorney who will represent you moving forward. Both Bell & Roper, P.A., and I need you to make a selection by signing below, instructing us on which firm you would like to handle your legal matter moving forward.

Your prompt response to this correspondence is needed to ensure the smooth transition of your file(s). Please sign the appropriate space above and return this correspondence to Bell & Roper, P.A., via e-mail at mbell@bellroperlaw.com or by fax at (407) 897-6947 and skohlmyer@southmilhausen.com or by fax (407)-539-2679.

Please be assured that both parties will completely understand and comply with any decision you make regarding your selection of representation in this pending matter. Your legal interests and an easy transition is our sincere desire. Should you have any questions regarding this or any other legal matter, please do not hesitate to contact our office.

At the conclusion of this transition, Bell & Roper will send an invoice for services rendered up to and including January 25, 2010 on this file. Once you have selected counsel, you will be sent invoices from the law firm of your selection below until the

EXHIBIT "A"

case is completed. Thank you for your patience and cooperation in this regard.

With regards,

Ernest H. Kohlmyer, III

Michael Bell

EHK/lyb
cc: Dennis Filas

_____
Name of Client/Insured

[X] I have chosen Ernest H. Kohlmyer, III, Esquire to continue to represent my company

[ ] I have chosen a member of the law firm of Bell & Roper, P.A. to represent my company

[ ] I wish to transfer my case to another attorney to represent my company

Date: Februar 1, 2010