IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC BEEDERS,

      Plaintiff,

v.

                                    CASE NO. : 8:09-cv-00458-EAK-EAJ

GULF COAST COLLECTION
BUREAU, INC. and ROY
DILLARD

      Defendants.
_____/

**DEFENDANT, GULF COAST COLLECTION BUREAU, INC'S MOTION FOR LEAVE TO FILE EXHIBIT 2 ON CD-ROM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM OF LAW**

COMES NOW, the Defendant, **GULF COAST COLLECTION BUREAU, INC.** (hereinafter referred to as "Defendant"), by and through its undersigned counsel, and hereby files this Motion for Leave to File Exhibit 2 on CD-Rom In Support of Its Motion For Summary Judgment and herein states as follows:

1) Defendant will be filing its Motion for Summary Judgment on or before May 21, 2010 in which one of the exhibits will be an audio wav file.

2) Defendant respectfully requests that the court grant Defendant leave to file this exhibit on a CD-ROM as attaching the electronic file to the motion is prohibited by the CM/ECF electronic filing procedures.

**Compliance with Local Rule 3.01(g)**

The undersigned counsel, Ernest H. Kohlmyer, III, has contacted opposing counsel pursuant

1

to Local Rule 3.01(g) twice via email regarding whether he consent or objects to said motion. As of the filing of this Motion, Plaintiff's counsel has not acknowledged whether the motion is opposed or unopposed therefore Defendant will have to supplement its motion at a later time should Defendant receive a timely response from Plaintiff counsel.

WHEREFORE, the Defendant respectfully requests this Honorable Court grant its Motion for Leave to File the Exhibit on CD-ROM in Support of its Motion for Summary Judgment.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **May 19, 2010**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Timothy Condon, Esq, 307 S. Fielding Ave, Tampa, FL 33606;

/s/ Ernest H. Kohlmyer, III
Ernest H. Kohlmyer, III, Esquire
Florida Bar Number: 0110108
SOUTH MILHAUSEN, P.A.
Gateway Center
1000 Legion Place, Suite 1200
Orlando, Florida 32801
407-539-1638
407-539-2679 (fax)
E-mail: Skohlmyer@southmilhausen.com
Attorneys for Defendant, Gulf Coast

2