UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

ERIC BEEDERS,

      Plaintiff,

v.                                      Case No.: 8:09-cv-458-T-17-AEP

GULF COAST COLLECTION BUREAU, INC.,

      Defendant.

_____/

## UNSWORN DECLARATION OF PLAINTIFF

THE BELOW-SIGNED AFFIANT, Eric Beeders, hereby personally appears and states as follows:

1. I am over the age of eighteen years, I have personal knowledge of the matters set forth below, and I am the plaintiff in the above action.

2. I have read the allegations of the Amended Complaint filed in the above action, and they are true and correct with respect to the facts alleged which I experienced and/or are within my knowledge.

3. More particularly, Affiant would state as follows:

    a. Between January 31, 2008 and April 16, 2008, inclusive, I received at least 10 automated messages that had been left on my home telephone voice mail system.

**EXHIBIT "A"**

b. Each of the messages identified the calling company as "Gulf Coast Collection Bureau."

c. I saved 10 of the recordings and turned them over to my attorney in this action.

d. Each of the automated messages made the following recorded statement:

> **This message is for Eric H. Beeders. If you are not Eric H. Beeders please hang up or disconnect. If you are Eric H. Beeders please continue to listen to this message. By continuing to listen to this message you acknowledge that you are Eric H. Beeders. Please return this call to Roy Dillard from Gulf Coast Collection Bureau. Please call 877-827-4820 and ask for file number....**

e. The recordings at the end would give a "file number" that sometimes was different. Many other telephone calls were made to my home telephone by Gulf Coast Collection Bureau, but I did not save them all.

4. It is my intent that this affidavit be as binding and effective in the form of a copy as it is in the original.

I declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct. Executed on:

5/21/2010
DATE

BY: Eric Beeders