**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ERIC BEEDERS,**

    **Plaintiff(s),**

**v.**                                              **CASE NO.  8:09-CV-458-T-17AEP**

**GULF COAST COLLECTION**
**BUREAU, INC.,**

    **Defendant(s).**
_____/

**ORDER**

Pursuant to the District Court's July 20, 2010 Order Limiting Time for Completion of

Discovery; Scheduling Pre-Trial Conference and Trial, the parties are scheduled to appear before

United States Magistrate Judge Anthony E. Porcelli on September 13, 2010 at 10:00 AM for a final

pretrial conference.  Keeping with this Court's practice, trial counsel for the parties and a person

with settlement authority for each of the parties must personally attend the final pretrial conference

and be prepared to discuss all issues that remain to be resolved.

    **DONE AND ORDERED** in Chambers in Tampa, Florida, on July 20, 2010.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel and Parties
Chambers of U. S. District Judge Elizabeth A. Kovachevich
Chambers of U. S. Magistrate Judge Anthony E. Porcelli