# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

# CLERK'S MINUTES

| **CASE NO.:** | 8:09-cv-458-EAK-AEP | **DATE:** | 9/13/10 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **ERIC BEEDERS**<br>　　　　**Plaintiff,**<br>**v.** | | **PLAINTIFF'S COUNSEL**<br>Timothy Condon, Esq. | |
| **GULF COAST COLLECTION BUREAU, INC.**<br>　　　　**Defendant**. | | **DEFENSE COUNSEL**<br>Ernest Kohlmeyer, Esq.<br>Jack W. Brown, III, Esq. | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 10:07 TO 10:24  **TOTAL:** 23 min | | **COURTROOM:** | 10A |

**PROCEEDINGS:**   FINAL PRETRIAL-CONFERENCE

Court directs counsel to meet and comply with 3.06 and file a pretrial statement no later than close of business tomorrow (9/14).

Counsel discussing the consent to magistrate judge's jurisdiction.

Court addresses pending discovery issues, exhibits, witnesses, and special needs.

Anticipate an hour for trial; including opening and closing statement.

Counsel to file consent to magistrate jurisdiction; once consent is filed and approved; a telephone conference call will be held.

Plaintiff anticipates one witness.