IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC BEEDERS,

       Plaintiff,

v.

                                CASE NO. : 8:09-cv-00458-EAK-AEP

GULF COAST COLLECTION
BUREAU, INC

       Defendant.
_____/

## DEFENDANT'S TRIAL EXHIBIT LIST

___ Plaintiff   X  Defendant

| EXHIBIT LIST ||||||
|---|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Objections** | **Description** |
| 1. | | | | | Collection Notes for Account for File Number G31852 |
| 2. | | | | | Policy and Procedures governing call frequency; Mercury Dialer Campaign Set Up |
| 3. | | | | | Policy and Procedures relating to <u>Foti</u> and <u>Berg</u> decision compliance and call frequency compliance. PPMS meeting September 25, 2007 |
| 4. | | | | | Policy and Procedures relating to <u>Foti</u> and <u>Berg</u> decision compliance; Memo dated June 1, 2009 |
| 5. | | | | | Sample audio recording of pre-recorded message |
| Alt. 6 | | | | | Subject to Defendant's Motion to Strike Plaintiff's Exhibit 1, |

|  |  |  |  |  |  | Defendant offers rebuttal evidence identified as Excerpts of ACA International Membership Rooster |
|---|---|---|---|---|---|---|
| Alt.7 |  |  |  |  |  | Subject to Defendant's Motion to Strike Plaintiff's Exhibit 1, Defendant offers rebuttal evidence identified as Department of Corporation's Records containing name with "collection" and/or "bureau" as debt collection purpose |
| Alt. 8 |  |  |  |  |  | Subject to Defendant's Motion to Strike Plaintiff's Exhibit 1, Defendant offers rebuttal evidence identified as Florida's Department of Business Regulation Records with list of registered debt collectors with "collection" and/or bureau in its name. |

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a copy of the foregoing has been electronically filed on **September 14, 2010**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which Notice will be electronically mailed to: **Timothy Condon, Esquire,** 307 S. Fielding Ave. Tampa, Fl 33606.

<u>/s/ Ernest "Skip" H. Kohlmyer</u>
Ernest "Skip" H. Kohlmyer
Florida Bar No. 0110108
South Milhausen, P.A.
Gateway Center
1000 Legion Place, Suite 1200
Orlando, FL 32801
(407) 539-1638
(407) 539-2679 (fax)
skohlmyer@southmilhausen.com
Attorney for Defendant