UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF FLORIDA TAMPA DIVISION

ERIC BEEDERS,

      Plaintiff,

v.                        Case No.: 8:09-cv-458-T-17-AEP

GULF COAST COLLECTION
BUREAU, INC.,

      Defendant.
_____/

## PLAINTIFF'S TRIAL EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | Records of Fla. Dept. of State., Div. of Corporations, showing lists of corporations, trademarks, limited partnerships, general partnerships, limited liability companies, and fictitious names utilizing the word "collection" in their registered names. |
| 2 | | | | Records produced by the defendant showing telephone calls made to the plaintiff. |
| 3 | | | | Recordings of ten (10) telephone voice mail messages left on the telephones of the plaintiff by the defendant. |
| 4 | | | | Printed transcriptions of ten (10) telephone voice mail message left on the telephones of the plaintiff by the defendant. |

**EXHIBIT "C"**

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on September 14, 2010 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

    /s/ Timothy Condon
TIMOTHY CONDON, ESQ.   FBN 217921
307 S. Fielding Ave., #2, Tampa, FL 33606
Telephone 813-251-2626 Fax 813-200-3395
Email: tim@timcondon.net
ATTORNEY FOR PLAINTIFF