**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| **CASE NO.:** | 9:09-cv-458-AEP | **DATE:** | 10-6-10 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **BEEDERS**  Plaintiff,  v.  **GULF COAST COLLECTION**  Defendant | | **PLAINTIFF'S COUNSEL**  Tim Condon, Esq. | |
| | | **DEFENSE COUNSEL**  Ernest Kohlmeyer, Esq. | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 11:06 TO 11:08  **TOTAL:** 2 min | | **COURTROOM:** | 10A |

**PROCEEDINGS:**   STATUS CONFERENCE  VIA TELEPHONE

Non-jury trial scheduled for 11/17/10 at 9:30 am

Estimated length: 2-3 hours