IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC BEEDERS,

    Plaintiff,

v.                                CASE NO. 8:09-CV-458-T-AEP

GULF COAST COLLECTION
BUREAU, INC.,

    Defendant.
_____/

**PRETRIAL ORDER**

This cause came before the Court for a final pretrial conference held on October 6, 2010, pursuant to FED. R. CIV. P. 16(d) and Local Rule 3.06. Plaintiffs are represented by Timothy Condon, Esq., and Defendants are represented by Ernest H. Kohlmyer, III, Esq. Counsel for the parties estimate 3 hours for the length of the trial.

Accordingly, it is, upon consideration

  **ORDERED**:

1.    All pleadings filed by any party prior to filing the Pretrial Statement (Dkt. No. 58) shall be deemed to be merged therein. The Pretrial Statement and this Order will control the course of the trial and may not be amended, except by order of the Court, in the furtherance of justice;

2.    The trial in this case is scheduled for **November 17, 2010, at 9:30AM** in Courtroom 10A, Tampa, Florida;

3. If new evidence or witnesses are discovered after the date of this Pretrial Order, any party desiring to use this new evidence or new witnesses shall immediately notify the opposing party and the Court. The introduction of such new evidence or testimony shall be permitted only by order of the Court in the furtherance of justice;

4. The use of depositions is governed by the provisions of FED. R. CIV. P. 32 and Local Rule 3.06(c)(8);

5. Unless otherwise ordered, any additional pre-trial motion(s), including motion(s) in limine, shall be filed no later than **November 5, 2010**;

6. No objections to evidence based upon discovery issues will be considered at trial, absent order of the Court.

7. Unless otherwise ordered, on or before three (3) days prior to the trial date, counsel for each party shall examine the opposing party's exhibits and the parties shall arrive at any stipulations regarding the admissibility of such exhibits, the necessity of any predicate witnesses, and be prepared to announce to the Court, at the outset of the trial, such stipulations as will streamline the introduction of the evidence at trial.

**Done and Ordered** at Tampa, Florida, this 13th day of October, 2010.

ANTHONY E. PORCELLI
United States Magistrate Judge

Copies furnished to:

Counsel of Record