UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

CASE NO.  8 :09-cv-458-T-17 AEP          DATE  11/17/10

TITLE    ERIC BEEDERS v. GULF COAST COLLECTIONS BUREAU, INC.

TIME   9:37- 11:43                    DAY IN TRIAL: one day

**Honorable ANTHONY E. PORCELLI**

Courtroom Deputy: Lynne Vito                Court Reporter: Sandy Lee

Attorney for Plaintiff:                     Attorney for Defendant:
Timothy Condon, Esq.                        Ernest Kohlmyer, Esq.

## PROCEEDINGS OF NON-JURY TRIAL

Court called to order (9:37 am)
Opening statement of Timothy Condon, Esq on behalf of his client, Eric Beeders (plaintiff)
Opening statement of Ernest Kohlmyer, Esq on behalf of his client, Gulf Coast Collection Bureau, Inc.(defendant)
Eric Beeders sworn for plaintiff.  Direct examination by plaintiff. Cross examination by defendant
PLAINTIFF RESTS
Defendant moves for directed verdict as to the issues in the law suit.
Jack W. Brown sworn for defendant.  Direct examination by defendant. Cross examination by plaintiff.
DEFENDANT RESTS
Defendant renews motion for directed verdict.  Order motion denied.
Closing statement of Timothy Condon, Esq. On behalf of his client Eric Beeders (plaintiff)
Closing statement of Ernest Kohlmyer, Esq. On behalf of his client Gulf Coast Collection Bureau, Inc.(defendant)

TRIAL ADJOURNED AT 11:43 AM